BRYAN CAVE LLP, 00145700
Kyle S. Hirsch, 024155
Amanda L. Cartwright, 030488
Two N. Central Avenue, Suite 2100
Phoenix, AZ 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
E-mail: kyle.hirsch@bryancave.com
         amanda.cartwright@bryancave.com

Attorneys for UMB Bank, n.a.

# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>GREEN FUEL TECHNOLOGIES, L.L.C.<br><br>      Debtor. | Case No. 2:17-bk-00594-BMW<br><br>Chapter 11<br><br>**SECURED CREDITOR'S EVIDENTIARY OBJECTIONS TO EXHIBITS LISTED BY DEBTOR**<br><br>**Hearing Date:**<br>**February 17, 2017**<br><br>**Hearing Time:**<br>**10:30 am** |

Secured Creditor UMB Bank, n.a. ("UMB"), by and through undersigned counsel, submits these objections to the exhibits listed by Chapter 11 debtor Green Fuel Technologies, L.L.C. ("Debtor") in connection with the evidentiary hearing on the Debtor's Emergency Motion For Order Authorizing Debtor's Use Of Cash Collateral ("Motion") [Doc. 9].

## GENERAL OBJECTIONS

UMB generally objects to all documents not timely disclosed. On February 2, 2017, UMB served discovery requests seeking expedited production by no later than Tuesday, February 7. UMB supplemented the requests on February 2, 2017, with an additional category of documents (evidence of inventory values). The Debtor produced some responsive documents, but a number of the listed exhibits were not timely produced.

UMB also generally objects to all documents as to lack of authentication.

## SPECIFIC OBJECTIONS

A. Cash flow spreadsheet for week ending 2/10/17 through 5/5/17

**Objection: Foundation, Hearsay.**

B. Spreadsheet of current accounts payable by project as of 1/26/17

**Objection: Foundation, Hearsay.**

C. Report of accounts receivable as of 2/10/17

No objection.

D. Green Fuel Technologies' bankruptcy schedules

No objection.

E. Titan Bank (SBA) note

**Objection: Relevance, hearsay.**

F. Titan Bank security agreement

**Objection: Relevance, hearsay.**

G. Deed of trust recorded by Titan Bank

**Objection: Relevance.**

H. UCC financing statement filed by Titan Bank

**Objection: Relevance.**

I. Appraisal of commercial property

**Objection: Relevance, hearsay, foundation.**

J. Lease agreement between Green Fuel and NextGen 51

**Objection: Relevance, hearsay, foundation.**

K. Subcontract with Capital GC Inc. for SCNM clinic project

No objection.

L. Subcontract with Ames Construction for ADOT-Ajo Way project

No objection.

M. Subcontract with Granite Construction for ADOT-Sierra Vista project

No objection.

N. General Services Agreement with Calamco NH3, LLC

No objection.

O. Grannus/Calamco work authorization

No objection.

P. Sales and Installation Contract with James Pavoggi

No objection.

Q. Sales and Installation Contract with Steve Remenap

No objection.

R. Subcontract for Pavoggi residence with PapaDee's Construction

No objection.

S. Subcontract for Schultz residence with PapaDee's Construction

No objection.

T. Invoice issued by Green Fuel to ABB Power One

No objection.

U. Invoice issued by Green Fuel to Alliance Defending Freedom

No objection.

V. Invoice issued by Green Fuel to Ames Construction

No objection.

W. Invoices issued by Green Fuel to AORA Solar

No objection.

X. Invoices issued by Green Fuel to Arizona Solar Solutions

No objection.

Y. Invoice issued by Green Fuel to John Blasdell

No objection.

Z. Invoices issued by Green Fuel to Calamco

No objection.

AA. Invoice issued by Green Fuel to Granite Construction

No objection.

|   |   |
|---|---|
| 1 | BB. Invoices issued by Green Fuel to PapaDee's Construction |
| 2 | No objection. |
| 3 | CC. Invoice issued by Green Fuel to Ron Reed |
| 4 | No objection. |
| 5 | DD. Invoices issued by Green Fuel to Capital GC Inc. |
| 6 | No objection. |
| 7 | EE. Invoice issued by Green Fuel to Brad Soden |
| 8 | No objection. |
| 9 | FF. Pet Planet bid proposal |
| 10 | **Objection: Relevance, hearsay, foundation.** |
| 11 | GG. Scottsdale Auto bid proposal |
| 12 | **Objection: Relevance, hearsay, foundation.** |
| 13 | HH. Prickly Pear residence bid proposal |
| 14 | **Objection: Relevance, hearsay, foundation.** |
| 15 | II. Lemke residence bid proposal |
| 16 | **Objection: Relevance, hearsay, foundation.** |
| 17 | JJ. Advanced Auto Parts bid proposal |
| 18 | **Objection: Relevance, hearsay, foundation.** |
| 19 | KK. Allison Road bid proposal |
| 20 | **Objection: Relevance, hearsay, foundation.** |
| 21 | LL. Cherry Creek — Sundt bid proposal |
| 22 | **Objection: Relevance, hearsay, foundation.** |
| 23 | MM. Houghton Road bid proposal |
| 24 | **Objection: Relevance, hearsay, foundation.** |

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2100
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

1    NN.    All exhibits listed by UMB Bank

2    No objection.

3    DATED this 10th day of February, 2017.

                                        BRYAN CAVE LLP

                                        By /s/ KSH, 024155
                                            Kyle S. Hirsch
                                            Amanda L. Cartwright
                                            Two N. Central Avenue, Suite 2100
                                            Phoenix, AZ  85004-4406
                                            Attorneys for UMB Bank, n.a.

ELECTRONICALLY FILED
this 10th day of February, 2017.

COPY served via email and/or US Mail
this 10th day of February, 2017, upon:

Pernell W. McGuire, Esq.
Preston Gardner, Esq.
Davis Miles McGuire Gardner, PLLC
40 E. Rio Salado Parkway
Ste. 425
Tempe, AZ  85281
pmcguire@davismiles.com
pgardner@davismiles.com
Attorneys for Green Fuel Technologies, L.L.C.

Renee Sandler Shamblin
Office of the United States Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ  85003-1706
renee.s.shamblin@usdoj.gov

Patrick A. Clisham, Esq.
ENGELMAN BERGER, P.C.
3636 N. Central Avenue, suite 700
Phoenix, AZ  85012
pac@eblawyers.com
Attorneys for Titan Bank, N.A.


/s/ Cathy Russell