BRYAN CAVE LLP, 00145700
Kyle S. Hirsch, 024155
Amanda L. Cartwright, 030488
Two N. Central Avenue, Suite 2100
Phoenix, AZ 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
E-mail: kyle.hirsch@bryancave.com
amanda.cartwright@bryancave.com

Attorneys for UMB Bank, n.a.

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>GREEN FUEL TECHNOLOGIES, L.L.C.<br><br>Debtor. | Case No. 2:17-bk-00594-BMW<br><br>Chapter 11<br><br>**SECURED CREDITOR'S EVIDENTIARY OBJECTIONS TO EXHIBITS LISTED BY DEBTOR**<br><br>**Hearing Date:<br>April 5, 2017**<br><br>**Hearing Time:<br>10:30 am** |

Secured Creditor UMB Bank, n.a. ("UMB"), by and through undersigned counsel, submits these objections to the exhibits ("Exhibits") listed by Chapter 11 debtor Green Fuel Technologies, L.L.C. ("Debtor") in connection with the evidentiary hearing scheduled to take place on April 5, 2017.

## **GENERAL OBJECTIONS**

UMB generally objects to all Exhibits not timely disclosed by March 30, 2017; and to all Exhibits as to lack of authentication.

## **SPECIFIC OBJECTIONS**

UMB asserts specific objections to the following Exhibits only:

Exhibit F: Emails between Debtor and Granite Construction dated Feb. 2017 regarding Pantheon bond claim

**Objection: Foundation, Hearsay.**

1    <u>Exhibit S</u>: Emails between Green Fuel and Sundt Construction confirming contract
2 for project at SR260-Thousand Trails
3    **Objection: Foundation, Hearsay.**
4    DATED this 30th day of March, 2017.

           BRYAN CAVE LLP

           By /s/ KSH, 024155
              Kyle S. Hirsch
              Amanda L. Cartwright
              Two N. Central Avenue, Suite 2100
              Phoenix, AZ 85004-4406
              Attorneys for UMB Bank, n.a.

ELECTRONICALLY FILED
this 30th day of March, 2017.

COPY served via email and/or US Mail
this 30th day of March, 2017, upon:

Pernell W. McGuire, Esq.
Preston Gardner, Esq.
Davis Miles McGuire Gardner, PLLC
40 E. Rio Salado Parkway
Ste. 425
Tempe, AZ 85281
pmcguire@davismiles.com
pgardner@davismiles.com
Attorneys for Green Fuel Technologies, L.L.C.

Renee Sandler Shamblin
Office of the United States Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003-1706
renee.s.shamblin@usdoj.gov

Patrick A. Clisham, Esq.
ENGELMAN BERGER, P.C.
3636 N. Central Avenue, suite 700
Phoenix, AZ 85012
pac@eblawyers.com
Attorneys for Titan Bank, N.A.

/s/ Lisa Remus

812871.1\0547940    2
Case 2:17-bk-00594-BMW   Doc 91   Filed 03/30/17   Entered 03/30/17 16:58:46   Desc
Main Document    Page 2 of 2