THIS ORDER IS APPROVED.

Dated: September 14, 2017



*Brenda Moody Whinery, Bankruptcy Judge*
_____

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

GREEN FUEL TECHNOLOGIES,

Debtor.

Chapter 11 Proceedings

Case No. 2:17-bk-00594-BMW

**ORDER CONFIRMING DEBTOR'S PLAN OF REORGANIZATION DATED MAY 18, 2017, AS MODIFIED**

This matter came before the Court pursuant to the *Plan of Reorganization Dated May 18, 2017* (the "Plan") filed by Green Fuel Technologies, LLC (the "Debtor") on May 18, 2017 (Docket No. 130 Ex. A); and the *Preliminary Objection to Confirmation of Plan of Reorganization* (the "Objection") filed by UMB Bank, N.A. ("UMB" and/or the "Bank") on June 14, 2017 (Docket No. 152). Evidentiary hearings were conducted on July 27, 2017 and August 17, 2017, after which the Court took the matter under advisement. The Court's ruling was set forth on the record on September 6, 2017, which ruling is incorporated herein in its entirety. Upon consideration of the *Debtor's Amended Non-Adverse Modification Regarding 2nd Amended Plan of Reorganization Dated May 18, 2017* (the "Non-Adverse Modification") (Docket No. 209) filed by the Debtor on September 8, 2017, and the Court having declined to clarify its ruling upon consideration of the *Joint Request for Hearing to Clarify Ruling on Plan Confirmation* (Docket No. 210) at a hearing held on September 13, 2017, and for good cause appearing;

IT IS HEREBY ORDERED that the Plan, as modified by the Non-Adverse Modification, is CONFIRMED.

DATED AND SIGNED ABOVE.